FILED
CLERK, U.S. DISTRICT COURT

JUL − 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RUBEN MEDINA CARREON,<br>Defendant. | Case No.  15-1224M<br><br>ORDER OF DETENTION |

## I.

The Court conducted a detention hearing on  July 1, 2015.  Assistant U.S. Attorney Julius Nam appeared on behalf of Plaintiff United States of America, and Deputy Federal Public Defender Eric Darling appeared on behalf of defendant Ruben Medina Carreon.  The Court has reviewed the updated Pre Trial Services Report along with the Report that  was previously issued and the  recommendation of detention, and has heard arguments from counsel.  The Government continues to request detention.  Defendant requests release on an unjustified Appearance Bond.

The Court  finds that there are presently no condition or combination of conditions will reasonably assure both the appearance of the defendant as required

1    and the safety of any person or the community.  Although the Court believes that it

2    can impose conditions such as home incarceration with electronic monitoring to

3    address concerns regarding flight or non-appearance, such restrictions do not give

4    sufficient assurance regarding the potential danger to others or the community.

5    Given defendant's previous violations of probation and failures to comply with

6    Court orders, the Court finds that defendant remains at risk, if released, for non-

7    appearance at future court proceedings and that his extensive criminal history

8    which includes convictions for drug offenses and violent crimes will present a

9    danger to the community if he is released.

10        The Court has considered: (a) the nature and circumstances of the offense

11   charged, including whether the offense is a crime of violence, a Federal crime of

12   terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

13   or destructive device; (b) the weight of evidence against the defendant; (c) the

14   history and characteristics of the defendant; and (d) the nature and seriousness of

15   the danger to any person or the community.  [18 U.S.C. § 3142(g)] .

16        The Court also notes that defendant is subject to two terms of probation for

17   state offenses, is a registered controlled substance offender since December 1990,

18   has used multiple aliases and dates of birth, and is not legally present in the United

19   States.

20        IT IS THEREFORE ORDERED that the defendant be detained until trial.

21   The defendant will be committed to the custody of the Attorney General for

22   confinement in a corrections facility separate, to the extent practicable, from

23   persons awaiting or serving sentences or being held in custody pending appeal.

24   The defendant will be afforded reasonable opportunity for private consultation

25   with counsel.  On order of a Court of the United States or on request of any

26   attorney for the Government, the person in charge of the corrections facility in

27   which defendant is confined will deliver the defendant to a United States Marshal

28

1 | for the purpose of an appearance in connection with a court proceeding.

2 | [18 U.S.C. § 3142(i)]

3

4 | Dated: July 1, 2015 _/s/_____

5 | HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3